# Court of Appeals
# of the State of Georgia

ATLANTA, January 09, 2013

*The Court of Appeals hereby passes the following order*

**A13I0106. I. A. GROUP, LTD. CO., et al v. RMNANDCO, INC., et al .**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

2010CV602



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta, January 09, 2013.*

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.*